UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Earl Arnold,

                Plaintiff,        Case No. 16-cv-13403

v.                                   Judith E. Levy
                                   United States District Judge

Hutchinson, Dr., and R. Harbaugh,
RN,                                  Mag. Judge Mona K. Majzoub

               Defendants.

_____/

**AMENDED ORDER ADOPTING THE REPORT AND RECOMMENDATION [24] DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [12] GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [14], AND REFERRING CASE BACK TO MAGISTRATE JUDGE FOR FURTHER PRETRIAL PROCEEDINGS**

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 24) recommending the Court deny plaintiff's motion for summary judgment (Dkt. 12) and grant defendant Harbaugh's motion for summary judgment. (Dkt. 14.) The parties were required to file specific written objections within fourteen days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The parties, by failing to object to the Report and

Recommendation, have waived any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

The Court has reviewed this case in its entirety, and finds that the Magistrate Judge's Report and Recommendation is well founded. Accordingly, plaintiff's motion for summary judgment (Dkt. 12) is DENIED, and defendant's motion for summary judgment (Dkt. 14) is GRANTED.

The judgment (Dkt. 27) is VACATED and the case reopened. The case is remanded to the Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated: July 26, 2017       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 26, 2017.

     s/Shawna Burns
     Shawna Burns
     Case Manager